No. 405. POWELL v. TEXAS. Appeal from County Court at Law No. 1, Travis County. Probable jurisdiction noted. *Lawrence Speiser* for appellant. *Crawford C. Martin,* Attorney General of Texas, *George M. Cowden,* First Assistant Attorney General, *Robert L. Lattimore,* Assistant Attorney General, and *A. J. Carubbi, Jr.,* for appellee.

No. 196. SCHNEIDER v. SMITH, COMMANDANT, UNITED STATES COAST GUARD. Appeal from D. C. W. D. Wash. Motion to dispense with printing the jurisdictional statement granted. Further consideration of the question of jurisdiction in this case is postponed to the hearing of the case on the merits. MR. JUSTICE MARSHALL took no part in the consideration or decision of this case. *John Caughlan* for appellant. *Solicitor General Marshall, Assistant Attorney General Yeagley, Kevin T. Maroney* and *Lee B. Anderson* for appellee.

No. 107. UNITED STATES v. HABIG ET AL. Appeal from D. C. S. D. Ind. Probable jurisdiction noted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this case. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Joseph M. Howard* for the United States. *Lester M. Ponder* for appellees.

No. 324. NORFOLK & WESTERN RAILWAY CO. ET AL. v. MISSOURI STATE TAX COMMISSION ET AL. Appeal from Sup. Ct. Mo. Probable jurisdiction noted. *William H. Allen, Christopher S. Bond* and *Charles L. Bacon* for appellants. *Norman H. Anderson,* Attorney General of Missouri, and *John H. Denman,* Assistant Attorney General, for appellees.